# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### DORR, Admr., v. BURKETT.

*Appeal from Lee District Court — Monday, October* 11.

#### EXECUTOR DE SON TORT.

SUIT by an executor to recover of defendant for an alleged intermeddling with the property of the deceased; the action is provided for by Revision, section 2464. There was a trial to the court and judgment for defendant. The plaintiff appeals.

*F. O. Dorr* for the appellant — *F. Semple* for the appellee.

COLE, J. — The evidence is all embodied in the transcript, and there is an entire absence of proof showing that the property in controversy was the property of the deceased. Besides this, it is shown that whatever intermeddling with the property was done by defendant was done as agent, in good faith, to aid a widow whose husband had then recently died in the army in securing and selling her property, and in the belief of her right to deal with it as she did.

Affirmed.